UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 20-CR- |
| v. | [18 U.S.C. § 641] |
| | 20-CR-243 |
| | **Green Bay Division** |
| DIANNE L. MCLESTER-HEIM, | |
| Defendant. | |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Between on or about August 9, 2019, and January 2, 2020, in the State and Eastern District of Wisconsin,

**DIANNE L. MCLESTER-HEIM,**

willfully and knowingly stole, embezzled, and converted to her own use money of the United States with a value of more than $1,000, namely $12,509.59 in medical reimbursement claims, to which McLester-Heim was not entitled, paid by the Department of Health and Human Services.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

███████████████

FOREPERSON

Dated: December 15, 2020

MATTHEW D. KRUEGER
United States Attorney